```
01
02
03
04
05
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| BRYAN F. JENNER, | ) | CASE NO. C07-0550-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER REQUESTING |
| | ) | CLARIFICATION ON MOTION |
| DE LOS SANTOS CONSTRUCTION, INC., | ) | TO WITHDRAW |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Counsel for defendants submitted a motion for leave to withdraw representation.  (Dkt. 14.)  However, resolution of the motion requires clarification in the following respects:

(1)  While defendants' counsel's initially filed notice of withdrawal indicated an intent to withdraw as attorney of record for all three named defendants (*see* Dkt. 12), her motion to withdraw appears to relate solely to defendant De Los Santos Construction, Inc. (*see* Dkt. 14).  Should counsel seek only to withdraw from her representation of that specific defendant, she should state as such in a submission to the Court.  However, should counsel seek to withdraw from her representation of all named defendants, she must submit a revised motion pertinent to all three of those defendants (i.e. describing her efforts at remaining in contact with each named

ORDER REQUESTING CLARIFICATION
ON MOTION TO WITHDRAW
PAGE -1

defendant). Counsel should also include in a revised motion all current or last known contact information for each of those defendants.

(2) Defendants' counsel indicates in her motion that the phone number she has for De Los Santos Construction, Inc. is no longer in service. (Dkt. 14 at 2.) The Court is concerned that this raises the possibility that De Los Santos Construction, Inc. has entered into bankruptcy, implicating the automatic stay provision of 11 U.S.C. § 362(a)(1). The Court, therefore, requests that defendants' counsel look into that possibility and inform the Court of her findings.

(3) Defendants' counsel shall comply with the above requests on or before **June 27, 2008**.

(4) The Clerk shall send a copy of this Order to plaintiff and to counsel for defendants.

DATED this 17th day of June, 2008.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge