01

02

03

04

05

06

07          UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
08                    AT SEATTLE

09   BRYAN F. JENNER,                    )    CASE NO. C07-0550-MAT
                                         )
10          Plaintiff,                   )
                                         )
11          v.                           )    FINDINGS OF FACT AND
                                         )    CONCLUSIONS OF LAW
12   DE LOS SANTOS CONSTRUCTION, INC., )
     et al.,                             )
13                                       )
            Defendants.                  )
14   _____ )

15          This matter came to consideration before the Court on August 25, 2008.  Defendant De

16   Los Santos Construction, Inc., having previously found to be in default, did not appear for trial.

17   Defendants Nani Fischer and Amelia De Los Santos-Garza also did not appear for trial.  Plaintiff

18   waived trial by jury.  The trial transcript and exhibits are incorporated by reference into the

19   following FINDINGS OF FACT and CONCLUSIONS OF LAW:

20                              FINDINGS OF FACT

21   (1)    Plaintiff Bryan F. Jenner was contacted by defendant Nani Fischer to submit a bid for

22          electrical subcontractor services as part of a retrofit of the Portland Naval Reserve Center

FINDINGS OF FACT AND
CONCLUSIONS OF LAW
PAGE -1

01  operated by the Department of the Navy. As an incentive to plaintiff's submitting a bid,

02  Ms. Fischer falsely represented that her company, De Los Santos Construction, Inc., was

03  well-financed, had good credit, and was capable of advancing payment for all supplies and

04  labor costs incurred by plaintiff during the course of performance of the contract. The

05  terms of the contract are set forth in plaintiff's Exhibit 1, although a signed copy was not

06  provided to plaintiff. The effective date of the contract is on or about September 29,

07  2005.

08  (2)  After the contract was awarded, and as he began to commence work on the project,

09  plaintiff learned that Ms. Fischer had misrepresented the financial condition of De Los

10  Construction, Inc., and that the company was not capable of financing the project.

11  Although plaintiff secured an alternative source of funding for supplies and labor costs,

12  and although these funds were paid directly to Ms. Fischer, she failed to transfer the funds

13  in a timely manner to plaintiff, and issued checks that were refused by the bank for

14  insufficient funds. In doing so, Ms. Fischer continued to misrepresent the liquidity,

15  capitalization, and financial strength of De Los Santos Construction, Inc. Plaintiff relied

16  on these repeated, material misrepresentations in bidding for the contract, in commencing

17  work, and in completing the contract.

18  (3)  Although the project was completed in full by plaintiff in a timely manner, defendants De

19  Los Santos Construction, Inc. and Ms. Fischer failed to make full payment to plaintiff.

20  (4)  Defendants De Los Santos Construction, Inc. and Ms. Fischer failed to secure the payment

21  Surety Bond required by the Department of the Navy, which worked to the detriment of

22  plaintiff upon the default of the defendants.

01   (5)     The balance owed to plaintiff on the contract is $24,918.89.

02 CONCLUSIONS OF LAW

03   (1)     Plaintiff has proven the liability of De Los Santos Construction, Inc.

04   (2)     Plaintiff has proven sufficient lack of respect for the corporate identity to justify holding

05        Nani Fischer personally liable for the corporation's contractual obligations. Sufficient

06        evidence of fraudulent intent, plus the degree of injustice are established. However, the

07        record does not support such a conclusion as to defendant Amelia De Los Santos-Garza.

08   (3)     The damages being liquidated, plaintiff is entitled to pre-judgment interest at 12% per

09        annum, plus post-judgment interest from the date of entry.

10   (4)     Plaintiff is further awarded his statutory costs of $350.00.

11        DATED this 27th day of August, 2008.

13           Mary Alice Theiler
          United States Magistrate Judge

FINDINGS OF FACT AND
CONCLUSIONS OF LAW
PAGE -3